DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MELVIN MURRELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1135

[July 16, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case Nos. 10-008685-CF10A & 11-018378CF10A.

Melvin Murrell, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. Wainwright v. State*, No. SC2025-0708, 2025 WL 1561151, *4-6 (Fla. June 3, 2025).

GROSS, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***